**Mark W. Swimelar**
STANDING CHAPTER 12 & 13 TRUSTEE
250 South Clinton Street
2nd Floor
SYRACUSE, NEW YORK 13202

TELEPHONE: (315)471.1499
FAX: (315)471.4811

LYNN HARPER WILSON
STAFF ATTORNEY

MAXSEN CHAMPION
STAFF ATTORNEY

October 12, 2010

Clerk of Bankruptcy Court
Alexander Pirnie Federal Building
10 Broad Street. Room 230
Utica, NY 13501

RE:    09-61730 Vivares

Dear Clerk:

Enclosed please find check #808974 in the amount of $150.00. Pursuant to the order of
confirmation, we have been collecting funds from the debtor in this case and have
attempted to return funds. The debtor has failed to cash checks. All attempts to contact
and forward checks have been unsuccessful. The debtor name and address as listed on
the petition is as follows:

Claim No. 999

| Acct# | | |
|---|---|---|
| | Name | Guillermo Vivares |
| | Address | 96 Harry L Dr |
| | Address | Johnson City, NY 13790 |

Please deposit this check in the Unclaimed Funds Account for the above named debtor.
If you have any questions, please advise.

Very truly yours,

Kristie M. Moore
Account Clerk
Enc.

**FILED**

OCT 1 4 2010

OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY